**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 7 2019

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983** W. McCORMACK, CLERK

By: _____ DB__
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. 4:19-CV-603-SWW-BD

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Jay H. Head  12438-19  S#148875
ADC # _____

Address: 3201 West Roosevelt R.d  Little Rock Ar 72204

Name of plaintiff: _____
ADC # _____      This case assigned to District Judge __Wright__
                           and to Magistrate Judge __Deere__
Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Turn Key Health provider

Position: Health provider

Place of employment: Pulaski County Jail

Address: 3201 West Roosevelt Rd Little rock Ar 72204

Name of defendant: _____

Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☒ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✗

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

(5)

      ☐    Court (if federal court, name the district; if state court, name the county):

      ☐    Docket Number: _____

      ☐    Name of judge to whom case was assigned: _____

      ☐    Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

      ☐    Approximate date of filing lawsuit: _____

      ☐    Approximate date of disposition: _____

IV.   Place of present confinement: _____

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

    __X__ in jail and still awaiting trial on pending criminal charges

    _____ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
          explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes __X__   No _____

    B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?  YES

-6-

Yes  X     No ____

If not, why? _____

_____

(VII.)  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I am court order'd to recieve medicine. 4 types, but I am only getting one. I have filed 2-3 grievances trying to get my meds. Turn Key Health will not comply with the order. I am having seizures, headaches, trouble walking and this all causes brain damage.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Make Turn Key Health comply w/ court order. Compensate me for undue stress. Punitive damages and monetary damages in the amount of $500,000

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of August, 20 19.

_____

_____
Signature(s) of plaintiff(s)

-8-

Jay Head SO#148875
3201 West Roosevelt Rd
Little Rock, AR
72204

"Legal Mail"

Im

LITTLE ROCK AR 722

US POSTAGE
$00.65
First-Class
Mailed From 72204
08/26/2019
032A 0061816150

Pro Se Clerk
600 West Capitol Ave
Little Rock, AR
72201-3329