# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAY H. HEAD**
**#148875**                                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 4:19-cv-603-SWW-BD**

**TURN KEY HEALTH PROVIDER,** *et al.*                          **DEFENDANTS**

## <u>ORDER</u>

The Court has received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Mr. Head has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Head's claims against Defendants Turn Key Health Provider and Charles Hendricks are DISMISSED, without prejudice.

IT IS SO ORDERED, this 21st day of November, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE