IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAY H. HEAD,
#148875                                                                                            PLAINTIFF

V.                          CASE NO. 4:19-CV-603-BD

TURN KEY HEALTH PROVIDER, *et al.*                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 19th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE